Filing # 68872343 E-Filed 03/06/2018 03:34:34 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2018-CA-000688
DIVISION: CV-C

GERALDINE BAILEY,

   Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

   Defendant.

_____/

## PLAINTIFF'S REPLY TO DEFENDANT'S AFFIRMATIVE DEFENSES

Plaintiff, **GERALDINE BAILEY**, by and through her undersign counsel, hereby denies

the affirmative defenses raised by Defendant and demands strict proof thereof.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via the Florida

Courts e-Filing Portal System to *Brian Michael Guter, Esquire and Jerilynn M. O'Hara, Esquire*

(eService@oharalawfirm.com) on this 6th day of March, 2018

_____
Attorney

ST. DENIS & DAVEY, P.A.

_____

**BRIAN W. DAVEY, ESQUIRE**
Florida Bar No.: 0152366
brian@sdtriallaw.com
**KACIE K. HUTCHINSON, ESQUIRE**
Florida Bar No.: 0016121
kacie@sdtriallaw.com
1300 Riverplace Boulevard, Suite 401
Jacksonville, FL 32207
(904) 396-1996 – Telephone
(904) 396-1991 – Facsimile
Attorneys for Plaintiff